## No. 09-8357. Steven Leath, Petitioner v. United States.

560 U.S. 919, 130 S. Ct. 3315, 176 L. Ed. 2d 1213, 2010 U.S. LEXIS 4121.

May 17, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 980, 130 S. Ct. 1707, 176 L. Ed. 2d 195, 2010 U.S. LEXIS 2040.

## No. 09-8377. Subodhchandra T. Patel, Petitioner v. Brian Owens, Commissioner, Georgia Department of Corrections, et al.

560 U.S. 919, 130 S. Ct. 3315, 176 L. Ed. 2d 1213, 2010 U.S. LEXIS 4127.

May 17, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 994, 130 S. Ct. 1742, 176 L. Ed. 2d 216, 2010 U.S. LEXIS 2309.

## No. 09-8389. Delfino Sabedra, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.

560 U.S. 920, 130 S. Ct. 3316, 176 L. Ed. 2d 1213, 2010 U.S. LEXIS 4114.

May 17, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 994, 130 S. Ct. 1743, 176 L. Ed. 2d 217, 2010 U.S. LEXIS 2288.

## No. 09-8424. Robert K. McCartney, Aubrey McCartney, and Elaine McCartney, Petitioners v. George McCormick, et al.

560 U.S. 920, 130 S. Ct. 3316, 176 L. Ed. 2d 1213, 2010 U.S. LEXIS 4145.

May 17, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 995, 130 S. Ct. 1746, 176 L. Ed. 2d 219, 2010 U.S. LEXIS 2275.

## No. 09-8427. Keith Russell Judd, Petitioner v. New Mexico.

560 U.S. 920, 130 S. Ct. 3316, 176 L. Ed. 2d 1213, 2010 U.S. LEXIS 4109.

May 17, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1010, 130 S. Ct. 1885, 176 L. Ed. 2d 370, 2010 U.S. LEXIS 2580.

## No. 09-8507. Byron Floyd, Petitioner v. Florida.

560 U.S. 920, 130 S. Ct. 3316, 176 L. Ed. 2d 1213, 2010 U.S. LEXIS 4103.

May 17, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1011, 130 S. Ct. 1888, 176 L. Ed. 2d 372, 2010 U.S. LEXIS 2741.